

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00184-CV

**IN RE** Marcus **ALFARO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

Delivered and Filed: April 22, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On March 30, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016-EM5-03892, styled *In the Interest of M.F. II, a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.